FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00569

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MARVIN OTHEL JENKINS,

    Plaintiff,

v.

COLORADO BOARD OF ADULT PAROLE,
PAROLE OFFICER WENDY BEACH,
MERIDETH McGRATH, Supervisor,
JIM COOPER, Supervisor, and
D.O.C. DIVISION OF ADULT PAROLE,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, a non-prisoner, has submitted a letter to the court, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) __ is missing original signature by Plaintiff
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: **Plaintiff is a non-prisoner and must submit his § 1915 motion on the Court's form for non-prisoners.**

**Complaint or Petition:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) _X_ other: **Plaintiff is a non-prisoner and must submit his complaint on the Court's "Complaint" form for non-prisoners.**

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 9th day of March, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 00569

Marvin Othel Jenkins
Prisoner No. 11924
17103 E. Ohio Pl. #201
Aurora, CO 80017

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Complaint forms** to the above-named individuals on 3/11/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk