IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00569-BNB

MARVIN OTHEL JENKINS,

    Plaintiff,

v.

COLORADO BOARD OF ADULT PAROLE,
PAROLE OFFICER WENDY BEACH,
MERIDETH McGRATH, Supervisor,
JIM COOPER, Supervisor, and
D.O.C. DIVISION OF ADULT PAROLE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," filed on April 27, 2010 (Doc. # 10) is DENIED as moot. Plaintiff was granted leave to proceed pursuant to 28 U.S.C. § 1915 by order dated April 14, 2010.

    Further, Plaintiff filed a letter to the Court on April 23, 2010, in which he requests leave to file an Amended Complaint (Doc. # 7). The request is DENIED as moot. Plaintiff filed an Amended Complaint on April 27, 2010.

    Dated: April 28, 2010