IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00569-BNB

MARVIN OTHEL JENKINS,

    Plaintiff,

v.

PAROLE OFFICER WENDY BEACH, and
MERIDETH McGRATH, Supervisor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
               CLERK

ORDER OF DISMISSAL

    Plaintiff, Marvin Othel Jenkins, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Jenkins initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. By order dated April 14, 2010, Magistrate Judge Boyd N. Boland granted Mr. Jenkins leave to proceed pursuant to § 1915. He further directed Mr. Jenkins to pay an initial partial filing fee of $21.00 within thirty days. Mr. Jenkins paid the initial partial filing fee on April 27, 2010.

    Mr. Jenkins filed an Amended Complaint on April 27, 2010. On May 3, 2010, Magistrate Judge Boland determined that the Amended Complaint was deficient because it failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland also noted that Mr. Jenkins was

suing improper parties and that the Amended Complaint failed to allege the personal participation of all named defendants. Accordingly, Mr. Jenkins was directed to file a Second Amended Complaint within thirty days. Mr. Jenkins filed a Second Amended Complaint on June 1, 2010, a Third Amended Complaint on June 3, 2010, and a supplement to the Third Amended Complaint on June 3, 2010.

On June 28, 2010, Magistrate Judge Craig B. Shaffer determined that the Third Amended Complaint and supplement were deficient because the pleadings again failed to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure. Specifically, Magistrate Judge Shaffer found that the Third Amended Complaint was verbose, rambling and confusing. Therefore, Mr. Jenkins was directed to file a Final Amended Complaint. Mr. Jenkins was warned that the action would be dismissed without further notice if he failed to file a Final Amended Complaint within thirty days.

On August 2, 2010, Mr. Jenkins filed a Notice of Change of Address, indicating that he was currently incarcerated in the Washington County Justice Center in Akron, Colorado. Also on August 2, 2010, Mr. Jenkins filed a Motion for Extension of Time to file the Final Amended Complaint. Magistrate Judge Boland granted the Motion for Extension of Time by Minute Order dated August 3, 2010. The August 3 Order directed Mr. Jenkins to file the Final Amended Complaint on or before August 30, 2010.

The August 3 Order was returned to the Court as undeliverable on August 13, 2010. Noting that the Clerk of the Court had not mailed the August 3 Order to Mr. Jenkins' updated address, on August 13, 2010, Magistrate Judge Boland directed the Clerk of the Court to re-mail the August 3 Order to the address Mr. Jenkins provided in the August 2 Notice of Change of Address. The August 13 Order also provided

additional time for Mr. Jenkins to file a Final Amended Complaint. However, the August 13 Order was again returned to the Court as undeliverable on August 20, 2010. The return envelope noted that Mr. Jenkins was "no longer at facility."

Mr. Jenkins now has failed to file a Final Amended Complaint, as directed by Magistrate Judges Shaffer and Boland. Further, he has not communicated with the Court since August 2, 2010, and has failed to notify the Court of his change of address in a timely manner as required by the Local Rules of Practice of this Court. *See* D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address). Accordingly, it is

ORDERED that the Third Amended Complaint and this action are dismissed without prejudice pursuant to Federal Rule of Procedure 41(b) for Plaintiff's failure to file an amended pleading within the time allowed.

DATED at Denver, Colorado, this  23rd  day of  September , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00569-BNB

Marvin Othel Jenkins
Washington County Justice Center
26861 Highway 34
Akron, CO 80720-9484

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk